NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRAVIS BURTON,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D19-2036
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )


Opinion filed September 25, 2020.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender,
and Jean-Jacques A. Darius, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SLEET, JJ., Concur.